UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERINE MCCUTCHEN,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC, ET AL.,<br><br>Defendants. | No. 2:18-cv-01070-KJM-KJN<br><br><br><br>ORDER |

After plaintiff Sherine McCutchen filed this wrongful termination and discrimination action in state court, defendant Advanced Call Center Technologies, LLC ("ACT") removed to federal court. *See* ECF No. 1. ACT subsequently moved to compel arbitration and stay proceedings, arguing plaintiff signed an agreement to arbitrate all claims arising from or related to her employment with ACT. ECF No. 6. McCutchen filed a statement of non-opposition expressing "no opposition to the entry of an order granting relief sought by Defendant in the [] Petition," ECF No. 7 at 1-2; *see* L. R. 230(c) ("A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect . . . .").

The court therefore GRANTS ACT's unopposed motion to compel arbitration and stay proceedings and ORDERS as follows:

1. The parties shall proceed to final and binding arbitration under the terms of their agreement.

1

2. This action is STAYED pending completion of the arbitration.

3. The parties shall NOTIFY the court within fourteen days of the completion of arbitration proceedings.

IT IS SO ORDERED.

DATED: July 3, 2018.

_____
UNITED STATES DISTRICT JUDGE